**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                          NO. 4:13CR00344-01 JLH

MARK LYLE DODSON                                                                                        DEFENDANT

**ORDER**

Pending before the Court is defendant Mark Lyle Dodson's unopposed motion for mental evaluation and continuance of the trial date. Document #54. The motion for mental evaluation is GRANTED.

IT IS THEREFORE ORDERED that Mark Lyle Dodson be committed to the custody of the United States Marshals Service to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed. The United States Marshals Service for the Eastern District of Arkansas is directed to notify the Court immediately upon receipt of Mark Lyle Dodson's facility designation. Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

The Court has fully considered the motion for continuance of the September 15, 2014, trial date and finds that the interests of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for the defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS FURTHER ORDERED that the defendant's motion for continuance be, and it is hereby, GRANTED. Document #54. Therefore, this matter is rescheduled for trial to a jury to begin

at **9:15 a.m. the week of MONDAY, MARCH 23, 2015**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.  Counsel are to be present thirty minutes prior to trial.  Jury instructions should be electronically submitted to the Court by **March 13, 2015,** in WordPerfect format to jlhchambers@ared.uscourts.gov.

The delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 19th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE