**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                      No. 4:13CR00344-01 JLH

MARK LYLE DODSON                                                                                             DEFENDANT

**ORDER**

Defendant Mark Lyle Dodson appeared before the Court on this date for a change of plea hearing. Pursuant to a Federal Rule of Criminal Procedure Rule 11(c)(1)(C) plea agreement, he entered a guilty plea to Counts 4s and 5s of the Superseding Indictment. The Court deferred acceptance of the guilty plea pending completion of a presentence report.

The May 18, 2015 trial date is removed from the trial docket. In the event the Court declines to accept the guilty plea after reviewing the presentence report, this matter will be placed back on the Court's trial docket. Defendant agreed to waive any Speedy Trial time on the record at today's hearing.

Any delay occasioned by this Rule 11(c)(1)(C) plea agreement shall be be excludable pursuant to 18 U.S.C. § 3161(h)(1)(G).

IT IS SO ORDERED this 12th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE