# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                    NO. 4:13CR00344-01 JLH

MARK LYLE DODSON                                                                                           DEFENDANT

## ORDER

The United States' motion to dismiss the forfeiture allegation set forth in the indictment is GRANTED.  Document #94.

IT IS SO ORDERED this 4th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE